## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 22, 2023

Mr. Gary A. Reeve
Law Office
5354 Cemetery Road
Hilliard, OH 43026

Ms. Leah Mary Wolfe
Office of the U.S. Attorney
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

Re: Case No. 23-3220, *SeMa'j Griffin v. Secretary of Defense*
Originating Case No. : 2:21-cv-03922

Dear Counsel,

The caption for this case has been amended. Please use the attached amended caption for all future filings in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

# AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 23-3220

SEMA'J GRIFFIN

    Plaintiff - Appellant

v.

SECRETARY OF DEFENSE

    Defendant - Appellee